# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION


MARY FARMER, individually as   )
the Surviving Spouse of BOBBY  )
LEE FARMER (Deceased), and in  )
her capacity as the Executrix  )
of the Estate of BOBBY LEE     )
FARMER (Deceased),             )   CIVIL ACTION FILE NO.
                               )
                Plaintiff,     )   1:16-cv-00054-LJA
      vs.                      )
                               )
AIR AND LIQUID SYSTEMS         )
CORPORATION, et al.,           )
                               )
                Defendants.    )
_____)


Deposition of GABOR MEZEI, M.D., Ph.D.,

taken on behalf of the Plaintiff, pursuant to

the stipulations contained herein, reading and

signing of the deposition being reserved, in

accordance with the Federal Rules of Civil

Procedure, before Mary Dutra, Certified

Shorthand Reporter, at 149 Commonwealth Drive,

Menlo Park, California, on the 21st day of

April, 2017, commencing at 10:04 a.m.


D'AMICO GERSHWIN, INC.
Court Reporters & Videoconferencing
11475 West Road
Roswell, Georgia 30075
(770) 645-6111
www.AtlantaCourtReporter.com

Page 2

1                      INDEX TO EXAMINATIONS

2

3    Examination by Mr. LaMarca                            5

4

5                       INDEX TO EXHIBITS

6    Plaintiff's      Description                      Marked
       Exhibit
7
       P-1   Plaintiff's Amended Notice of              7
8            Telephonic Deposition and Subpoena
             Duces Tecum of Gabor Mezei, M.D., Ph.D.
9
       P-2   Invoice Nos. 325361 and 327986             8
10
       P-3   Expert Report of Gabor Mezei, M.D.,        8
11           Ph.D.
12     P-4   Curriculum Vitae of Gabor Mezei, M.D.,     9
             Ph.D.
13
       P-5   Listing of Testimony Provided by           9
14           Gabor Mezei, M.D., Ph.D.
15     P-6   List of Items Received for the Bobby      10
             Lee and Mary Farmer Matter, April 15,
16           2017
17     P-7   Summary of Farmer Matter, April 15,       10
             2017
18                         ---o0o---

19

20

21

22

23

24

25

```
 1    APPEARANCES OF COUNSEL:

 2    On behalf of the Plaintiff:

 3    KEVIN LaMARCA (via teleconference)
      Attorney at Law
 4    The Lanier law firm, P.C.
      6810 FM 1960 West
 5    Houston, Texas 77069
      (713) 659-5200
 6    Kevin.LaMarca@LanierLawFirm.com

 7    On behalf of the Defendant GOODYEAR TIRE & RUBBER
      COMPANY:
 8
      VONNETTA L. BENJAMIN (via teleconference)
 9    Attorney at Law
      Womble Carlyle Sandridge & Rice LLP
10    271 17th Street, NW, Suite 2400
      Atlanta, Georgia 30363
11    (404) 872-7000
      vbenjamin@wcsr.com
12
      For the Defendant HONEYWELL, INC.:
13
      E. RIGHTON JOHNSON (via teleconference)
14    Attorney at Law
      Law Offices OF Balch & Bingham LLP
15    30 Ivan Allen Jr. Boulevard N.W.
      Suite 700
16    Atlanta, Georgia 30308
      (404) 261-6020
17    erjohnson@balch.com

18    For the Defendant FISHER CONTROLS INTERNATIONAL LLC:

19    Michael E. Hutchins (via teleconference)
      Attorney at Law
20    Kasowitz, Benson, Torres & Friedman LLP
      Two Midtown Plaza
21    Suite 1500
      Atlanta, Georgia 30309
22    (404) 260-6080
      mhutchins@kasowitz.com
23

24

25
```

1    APPEARANCES OF COUNSEL (Continued):

2

3    For the Defendant PARKER-HANNIFIN:

4    DAVID SHAW
     Attorney at Law
5    Law Offices of Williams Kastner
     601 Union Street
6    Suite 4100
     Seattle, Washington 98101
7    (206) 628-6621
     dshaw@wkg.com
8

9
     For the Defendants PARKER-HANNIFIN CORPORATION:
10
     IVAN A. GUSTAFSON (via teleconference)
11   Attorney at Law
     Law Offices of Evert Weathersby Houff
12   3455 Peachtree Road, NE
     Suite 1550
13   Atlanta, Georgia 30326
     (678) 651-1200
14   iagustafson@ewhlaw.com

15                          ---o0o---

16

17

18

19

20

21

22

23

24

25

```
 1              EXAMINATION BY MR. LaMARCA
 2              MR. LaMARCA:  All right.  This is Kevin
 3    LaMarca, plaintiff's counsel.  Before we get started
 4    here, I just want to confirm a few agreements that we
 5    made before we went on the record; namely, that all
 6    objections, except as to form or foundation or that
 7    can be cured now, are reserved until trial.  And then
 8    also, that an objection by one defendant is good for
 9    all defendants.
10         Q.  All right.  Good morning, Dr. Mezei.
11         A.  Good morning.
12         Q.  I'm Kevin LaMarca on behalf of the
13    plaintiff.
14              Can you hear me okay?
15         A.  Yes, I can.
16         Q.  Good.  I know you've done a deposition
17    before, so I will dispense with some of the normal
18    admonitions and reminders, other than to say if you
19    can't hear me for any reason because we are doing this
20    via phone or if you don't understand the question,
21    just ask me and I'll rephrase it or repeat the
22    question.
23              Okay?
24         A.  Okay.
25         Q.  All right.  Can you please state your full
```

1    name for the record.

2           A.  My name is Gabor Mezei.  First name

3    G-a-b-o-r, last name M-e-z-e-i.

4           Q.  Okay.  Doctor, and you are an

5    epidemiologist; is that right?

6           A.  Well, I'm a medical doctor by education and

7    also an epidemiologist.  I have a Ph.D. in

8    epidemiology.

9           Q.  And you understand that we are here taking

10   the deposition in the Farmer matter; is that right?

11          A.  Yes.

12          Q.  Okay.  Who is it that you understand has

13   retained you to give testimony in this case, meaning

14   which defendant?

15          A.  I have been retained by Parker-Hannifin

16   Corporation, Honeywell, Inc., and Fisher Controls.

17          Q.  Okay.  No other defendants in this case?

18          A.  No.

19          Q.  Okay.  I have a copy here of the deposition

20   notice that was sent out in this case.

21               Do you have a copy of the deposition notice?

22          A.  Yes; I have the copy of the amended notice.

23          Q.  Okay.  Thank you for that clarification.

24               So had you seen the copy of the amended

25   notice before today?

Page 7

1        A.   Yes.

2             MR. LaMARCA:   Okay.   And Madam Court

3    Reporter, I'd like to go ahead and mark the amended

4    notice as Exhibit 1 to the deposition.   And what we

5    can do is I can e-mail you the exhibits when we're

6    done here, but if you want to go ahead and make some

7    kind of notation that the amended notice will be

8    Exhibit 1.

9             (Plaintiff's Exhibit No. P-1 marked for

10             identification.)

11             MR. LaMARCA:   Q.   Okay.   Doctor, did you

12   come prepared to discuss the items listed on the

13   amended notice?

14        A.   Well, to my best of my abilities, yes.

15        Q.   I appreciate that.   Thank you.

16             Did you bring with you anything today in

17   regards to that deposition notice?

18        A.   Well, I have the material that was sent to

19   you.   I have my reports in this case dated March 10.

20        Q.   Okay.

21        A.   I have the list of items received in this

22   case dated April 15th.

23        Q.   Okay.

24        A.   I have the listing of my testimonies dated

25   March 1st.

Page 8

1          Q.   Okay.

2          A.   And the case summary on this matter dated

3     April 15th, and my C.V.

4          Q.   Okay, great.   And I have a copy of each one

5     of those things as well, so that's good.   I also have

6     a copy of two invoices with me, invoice No. 32563 --

7     or excuse me, 325361 and then invoice No. 327986.

8               Do you have a copy of those invoices with

9     you as well?

10         A.   No, I do not have those.

11         Q.   Okay.   All right.   I'm going to ask you some

12    questions about those here in a little bit.

13              But Madam Court Reporter, I'm going to go

14    ahead and go through some of these exhibits here and

15    mark them as exhibits.   Again, I will e-mail them to

16    you to the extent that you don't already have them.

17    But I'm going to go ahead and mark these two invoices

18    as Exhibit No. 2 to the deposition.

19              (Plaintiff's Exhibit No. P-2 marked for

20               identification.)

21              MR. LaMARCA:   Next I want to mark

22    Dr. Mezei's March 10, 2017, report as Exhibit 3 to the

23    deposition.

24              (Plaintiff's Exhibit No. P-3 marked for

25               identification.)

1          MR. LaMARCA:  Q.  And Doctor, real quick,

2   have you issued any supplements to this report since

3   the March 10th date?

4          A.  No, I have not.

5          MR. LaMARCA:  Okay.  Madam Court Reporter,

6   I'm going to next mark Dr. Mezei's C.V. dated

7   December 15th, 2016.  That's going to be Exhibit 4.

8              (Plaintiff's Exhibit No. P-4 marked for

9               identification.)

10         MR. LaMARCA:  Q.  And Dr. Mezei, is this the

11  most recent copy of your C.V., the December 15th,

12  2016?

13         A.  This is the most recent, updated version.

14         Q.  Okay.  Next I will mark your prior testimony

15  list as Exhibit 5.

16             (Plaintiff's Exhibit No. P-5 marked for

17              identification.)

18         MR. LaMARCA:  Q.  This is dated March 1st,

19  2017.  Doctor, is this the most recent testimony list

20  that you have?

21         A.  Yes.

22         MR. LaMARCA:  Okay.  Next I'm going to go

23  ahead and mark your list of items received in the

24  Farmer matter.  This was dated April 15, 2017.  I'm

25  going to mark that as Exhibit 6.

Page 10

1                   (Plaintiff's Exhibit No. P-6 marked for

2                    identification.)

3                   MR. LaMARCA:  Q.  And Doctor, is this the

4       most recent version of your list of items received for

5       the case?

6            A.  Yes, I believe so.

7                   MR. LaMARCA:  Okay.  And last I want to mark

8       your summary of the Farmer matter, also dated

9       April 15th, 2017.  I'm going to mark that as

10      Exhibit 7.

11                  (Plaintiff's Exhibit No. P-7 marked for

12                   identification.)

13                  MR. LaMARCA:  Q.  And Doctor, is this the

14      latest version of your summary or has anything been

15      added since April 15th?

16           A.  This is the most recent version.

17           Q.  Okay.  Thank you.  All right.  Doctor, you

18      mentioned that you've been retained by a few

19      defendants in this case.

20                  Can you tell me when it was that counsel for

21      Parker-Hannifin first contacted you regarding the

22      Farmer matter?

23           A.  I believe the request for retention came in

24      from Parker first and it came through Dr. Mowat at

25      Exponent, who is my director at the health center

1    division -- health sciences division.

2         Q.   Okay.  And what did he tell you regarding

3    your retention in the Farmer matter?

4         A.   It came through an e-mail providing some

5    basic facts of the matter and a question whether I

6    would be willing to be retained in this matter.

7         Q.   Okay.  And I assume that you agreed to be

8    retained.

9              What is your understanding as to why you've

10   been retained by Parker-Hannifin in this matter?

11        A.   Well, the allegation against Parker-Hannifin

12   is there was some chrysotile exposure to Mr. Farmer,

13   and the allegation is that he developed mesothelioma

14   as a result of this exposure.

15        Q.   Okay.  And why were you specifically

16   retained in this case?  What were you retained to do

17   by Parker-Hannifin?

18        A.   To evaluate the case-specific material and

19   the relevant scientific literature and provide an

20   opinion in this case.

21        Q.   And the next defendant that you mentioned

22   was defendant Honeywell.

23             Can you tell me when it was that counsel for

24   defendant Honeywell first contacted you regarding the

25   Farmer matter?

Page 12

1        A.   I believe it was sometime in February, if

2    I'm not mistaken.

3        Q.   Okay.  And what were you retained to do for

4    defendant Honeywell?

5        A.   Well, I -- I'm sorry.  Yes.  It was similar

6    to the previous one.  It's -- I was asked to review

7    the case-specific materials and review the relevant

8    scientific literature and provide an opinion in this

9    matter.

10       Q.   All right.  And then lastly, when did

11   counsel for Fisher contact you regarding the Farmer

12   matter?

13       A.   I believe that was in February as well.

14       Q.   And did these calls come again through your

15   director to you?

16       A.   Well, the Fisher Controls, yes.  For

17   Honeywell, I believe I was contacted by one of the

18   attorneys who is present on this call, Righton

19   Johnson.  She gave me a call initially, and then I

20   directed her call to our director because our director

21   is in charge to make sure we don't have any conflicts

22   on any matters.

23       Q.   Okay.  And what is your understanding as to

24   what you've been retained to do for defendant Fisher

25   with respect to the Farmer matter?

Page 13

1          A.  My understanding is that the allegation is

2     that Mr. Farmer was exposed to some

3     asbestos-containing materials as a result of his work

4     with some Fisher Controls products.  And the

5     allegation is that he developed mesothelioma as a

6     result of that exposure.

7          Q.  Okay.  And with respect to that information,

8     what were you retained to do with that information?

9          A.  I was retained to review the scientific

10    literature, the case-specific materials, and provide

11    an opinion in this matter.

12         Q.  All right.  Doctor, I next want to talk

13    about your current billing rate.  I see that your

14    report lists that your current rate is $360 for your

15    consulting services.

16             Is that still your current rate?

17         A.  Yes.

18         Q.  And what all does "consulting services"

19    entail?

20         A.  Consulting services, basically what I was

21    retained to do for, to review the scientific

22    literature that is relevant to this case, review the

23    case-specific materials, and then provide an opinion

24    in the form of a report that I submitted in this case.

25         Q.  Okay.  And does that rate change depending

Page 14

1  on whether you are reviewing the scientific

2  literature, typing reports, or giving deposition

3  testimony?

4        A.   No.

5        Q.   Okay.  Have you been asked to testify at the

6  trial in this case?

7        A.   Not yet, as far as I know.

8        Q.   Okay.  All right.  Doctor, I want to go back

9  to what I referenced earlier as Exhibit 2, which were

10  the two invoices that I've received that it looks like

11  you have issued in this case.

12          The first invoice, which is No. 325361 --

13  and Doctor, this amount is for $4,972.50.  I don't

14  have -- I know you said you don't have a copy of the

15  invoice in front of you.

16          Do you know offhand which invoice this is

17  for, meaning to which defendant?

18        A.   I believe we issued one invoice and it's

19  split in three ways between the three defendants.

20        Q.   Okay.

21        A.   Although I don't know exactly what invoice

22  you're referring to, but I think that's the way of the

23  invoice.

24        Q.   Okay.  Well, let's move on real quick to the

25  next invoice, which is No. 327986.  And this invoice

Page 15

1    amount is for $10,971.  Together these two invoices

2    total 15,943.50.

3              Does that sound about right as to the amount

4    that you've billed in this case to date?

5         A.  That's possible, yes.

6         Q.  Okay.  Do you know whether you have any

7    outstanding billing invoices for this case right now,

8    excluding today's testimony?

9         A.  There may be some other preparation time I

10   billed to this project over the course of this week.

11        Q.  Okay.  Do you know how much time that

12   entailed?

13        A.  Not offhand.

14        Q.  All right.  Doctor, other than what you have

15   billed so far, along with any outstanding invoices and

16   today's deposition, do you expect to do any additional

17   work on this case before trial for counsel for any of

18   the defendants who have retained you?

19        A.  Well, if I'm asked to, at the end of the

20   trial, probably I have to refresh my memory in this

21   case and I have to review any new materials that may

22   be presented to me.

23        Q.  Okay.  All right.  Doctor, I want to next

24   move on to your prior testimony list.  I know you've

25   been deposed a number of times, as evidenced by this

Page 16

1    list.  This list spans, it looks like, about 2013

2    through 2017.

3              Do you have a copy of that list in front of

4    you?

5         A.  Yes.

6         Q.  Okay.  None of these has a description of

7    each of these cases you've been involved in, but I'm a

8    little unclear.

9              Are all of these asbestos cases or no?

10        A.  No.  Actually, none of these are asbestos

11   cases.  And I would like to clarify -- I'm sorry.  I

12   would like to clarify these are not court cases, these

13   are regulatory hearings, regulatory proceedings.

14        Q.  Okay, I see.  But is today the first time

15   you've ever given a deposition in an asbestos case?

16        A.  That's correct.

17        Q.  All right.  Doctor, let me -- if it helps, I

18   can kind of skip over a few things here.

19              Now, other than the asbestos case you're

20   testifying for today, have you ever been retained

21   before in any other matter by any of the defendants

22   who have retained you today?

23        A.  Yes.

24        Q.  Okay.  Which defendants?

25        A.  I have been retained by Parker-Hannifin.

1        Q.   And I'm assuming this is a

2   nonasbestos-related matter with Parker-Hannifin?

3        A.   The other cases are asbestos-related cases

4   with Parker-Hannifin.

5        Q.   But you haven't given any type of deposition

6   testimony in them?

7        A.   No.

8        Q.   Doctor, do you know how much money you've

9   made as a result of your work in asbestos-related

10   matters so far as of 2017?

11       A.   Well, I don't directly make money off of

12   asbestos litigation.  I'm still a salaried employee at

13   Exponent.

14       Q.   Okay.

15       A.   And asbestos is one of the areas I work in.

16       Q.   Okay.  And when did you start working with

17   Exponent?

18       A.   It's going on four years now, 2013.

19       Q.   Okay.  Do you know what companies you have

20   been retained by previously in asbestos-related

21   litigation, whether you were just doing -- reviewing

22   scientific literature and not testifying?

23       A.   Can you repeat the question, please?

24       Q.   Yeah.  I'm sorry.  That was a bad question.

25            Can you tell me what companies have retained

1    you in asbestos-related litigation previously?

2         A.  Well, I have been retained by

3    Parker-Hannifin in the past.

4         Q.  All right.  Doctor, have your opinions ever

5    been struck by a court?

6         A.  No.

7         Q.  Have your opinions ever been limited by a

8    court?

9         A.  No.

10        Q.  Have you ever been asked to give a lecture

11   or a presentation to the Defense Research Institute,

12   or DRI?

13        A.  Yes.

14        Q.  Okay.  Do you know when that was?

15        A.  Well, it was a couple of years ago in

16   Phoenix.

17        Q.  Okay.  Do you know the title of that

18   presentation or lecture?

19        A.  No, I do not offhand.  I was talking about

20   general causation.  I believe that was the topic.

21        Q.  Okay.  And was that the only time you've

22   given a lecture or presentation for DRI?

23        A.  If my memory doesn't fail me, yes.

24        Q.  Okay.  Have you ever personally published a

25   paper in any peer-reviewed literature about

Page 19

1    mesothelioma?

2         A.   Yes.

3         Q.   Okay.  Do you know the title of that

4    article?

5         A.   Yes.  It's the Epidemiology of Mesothelioma

6    of the Pericardium and Tunica Vaginalis Testis.

7         Q.   And did that deal specifically with

8    chrysotile asbestos?

9         A.   No.  It's a review of the epidemiological

10   literature as a whole.

11        Q.   Okay.  All right.  Doctor, I want to look at

12   next the "List of Items Received," which we marked as

13   Exhibit No. 6 to today's deposition.

14             Do you have a copy of that in front of you?

15        A.   Yes.

16        Q.   Okay.  And who provided all of these

17   materials?

18        A.   I believe it was provided by defendants'

19   counsel.

20        Q.   Okay.  And did you personally review each of

21   these -- it looks like -- 29 different items?

22        A.   Yes, I have reviewed them.

23        Q.   Okay.  Did you make any handwritten or

24   electronic notes or reports other than the one we're

25   talking about today when reviewing any of these

Page 20

1   materials?

2       A.   When I reviewed it, I saw all the summaries

3   included in my case summary, all my notes included in

4   that.

5       Q.   Okay.  But you don't have any handwritten

6   notes or anything like that beyond what's in your

7   report?

8       A.   No.

9       Q.   Okay.  Did you rely on any notes or reports

10  made by anyone else in reviewing these materials?

11      A.   No.

12      Q.   Did you visit the Coats & Clark site

13  inspection in March of this year?

14      A.   No.

15      Q.   All right.  Have you done any additional

16  investigation beyond what the lawyers provided you in

17  your list of items received?

18      A.   Well, I did some -- basically search on the

19  internet to find out what "Coats & Clark" is.

20      Q.   Okay.  And what did that lead you to

21  conclude?

22      A.   Well, that's a textile company.  It's a

23  textile mill company located in Georgia.  So I did not

24  really find out anything in addition to what I didn't

25  know from their case materials.

Page 21

1          Q.  Okay.  So you didn't talk to any fact

2     witnesses in the case?

3          A.  No.

4          Q.  And have you reviewed anything else other

5     than what is listed as the items that you've reviewed

6     in your report?

7          A.  So can you repeat that, please?

8          Q.  Yeah.  Have you reviewed anything else other

9     than what you've listed on the items -- "List of Items

10    Received"?

11         A.  Well, specific to this case these are all

12    the materials, in addition to the literature I have

13    reviewed.

14         Q.  Okay.  Have you reviewed any other expert

15    reports or expert depositions that have been taken or

16    given in this matter?

17         A.  No.

18         Q.  All right.  Doctor, I want to talk next

19    about your report and opinions in this case.

20              Who drafted your report?

21         A.  I did.

22         Q.  Okay.  So no one else input any data or

23    typed any portions of this report?

24         A.  Well, it went through our internal

25    quality-assurance process, which is a requirement at

Page 22

1    Exponent for all external written communications.  So

2    there was some editing done during the process.

3           Q.  Okay.  And who does that?

4           A.  Well, we have editors in house, and then we

5    have also technical reviewers who are knowledgeable in

6    the --

7           Q.  And do you know, are there any prior

8    versions of your report other than today's report?

9           A.  I believe there was a draft at some point.

10          Q.  Okay.  And do you know what changes were

11   made between your draft report and the one that you

12   have given us today?

13          A.  Minor changes.  I think just some typos

14   corrected and maybe some information more specific to

15   some of the defendants who are clarified.  But other

16   than that --

17          Q.  Could you be a little more specific when you

18   mean information regarding the specific defendants?

19          A.  Yes.  Their products.

20          Q.  Okay.  And what was the difference between

21   your original report and the one that was given to us

22   today with respect to their specific products?

23          A.  Well, I don't recall offhand, but -- I can't

24   recall specifically what the difference was.  They

25   were minor differences.

Page 23

1        Q.  Okay.  Do you have a copy of the draft

2   report?  Is it easily accessible for you?

3        A.  Not at the moment, no.

4        Q.  Okay.  Would you be able to access it?

5        A.  Not right now.

6        Q.  Sure.  But let's say after today's

7   deposition?

8        A.  Yes.

9        Q.  Okay.  I would simply ask that you do that

10   after today's deposition so that you can take a look

11   at that and discuss any matters regarding that

12   original report that we cannot discuss today.

13            If you could provide that to your attorneys,

14   I would appreciate that.

15        A.  Okay.

16        Q.  All right.  Doctor, going back to your

17   report that we have today, have you formed any

18   opinions in this case?

19        A.  Yes.  My full opinion is summarized in the

20   report.

21        Q.  Okay.  And I want to get to that.

22            But generally, what are your opinions in

23   this case as they relate to Mr. Farmer and his

24   development of mesothelioma?  And what I mean by that

25   is, I'm looking for the short version.  I'm not asking

Page 24

1   you to rehash all the pages and every line of your

2   report.

3           I just want to know the basis of these

4   opinions and if you're going to tell us anything

5   different at trial than what you have in your report.

6           UNIDENTIFIED MALE SPEAKER:  Objection to

7   form.

8           COUNSEL FOR THE DEFENDANTS:  Join.

9           THE WITNESS:  I'm not going to say anything

10  different than what is in the report, so that's my

11  opinion in this case.

12          MR. LaMARCA:  Q.  Okay.  Well, then let's go

13  ahead and look at page 18 of your report where you

14  discuss your "Summary and Conclusions."  Let me know

15  when you have that page in front of you.

16      A.  I'm looking at it right now.

17      Q.  Okay, great.  First off, you're not

18  disputing that Mr. Farmer was diagnosed with malignant

19  mesothelioma; is that right?

20      A.  No, I have no basis to dispute that

21  diagnosis.  That's correct.

22      Q.  Okay.  And just so I can confirm, what is

23  your basis for the opinion that Mr. Farmer was

24  diagnosed with mesothelioma?

25      A.  Well, I have reviewed the medical records,

Page 25

1    and specifically I looked at the pathology reports,

2    which are included as part of that.  And the pathology

3    reports conclude that Mr. Farmer had pleural

4    mesothelioma.

5         Q.  Okay.  Now, Dr. Mezei, have you been asked

6    to give any opinions regarding the reasonableness of

7    the cost of the medical care associated with

8    Mr. Farmer's treatment?

9         A.  No.  I was not asked to review the cost.

10        Q.  Okay.  Have you been asked to give any

11   opinions regarding Mr. Farmer's life expectancy based

12   upon his medical history or his medical profile?

13        A.  No.

14        Q.  Okay.  And given that you don't dispute his

15   diagnosis of mesothelioma, is it fair to assume that

16   you don't dispute that Mr. Farmer died of

17   mesothelioma?

18        A.  I do not dispute that.

19        Q.  Okay.  All right, Doctor.  Now going back to

20   page 18, and after having read pages 18 and 19, I've

21   kind of broken down what I think you're trying to say

22   into, it looks like, four different opinions.  So I

23   want to ask you about those, and ask you if I missed

24   anything.

25             The first opinion is, it looks like, the

1  first paragraph on page 18, about the fourth sentence

2  in, where it discusses -- well, it begins with "The

3  radiation treatment received about 13 years before the

4  diagnosis of malignant mesothelioma may have

5  significantly contributed to the development of

6  Mr. Farmer's mesothelioma."

7          Do you see that sentence?

8      A.  Yes.

9      Q.  Okay.  What is the basis for your opinion

10  that any radiation treatment would have significantly

11  contributed to his development of mesothelioma?

12      A.  In general we know that ionizing radiation

13  is a carcinogenic agent.  And we have a specific

14  documentation from the literature that demonstrates an

15  increased risk of mesothelioma in patients who receive

16  radiation therapy for various cancer types.  And in

17  particular, after ten years of exposure, the increase

18  is statistically significant in this paper I reference

19  here.

20      Q.  Okay.  And is there any kind of quantitative

21  number or amount of radiation that one needs to

22  receive before the development of mesothelioma as a

23  result of radiation is a factor?

24      A.  The paper side of view look at standard

25  treatments.  They do not specify the radiation amount,

1  but they look at standard treatments for various types

2  of cancer, including prostate cancer that Mr. Farmer

3  had in 2002.

4       Q.  Okay.  You don't have any idea of the amount

5  of radiation treatment that Mr. Farmer may have

6  received as a result of his prostate procedure?

7       A.  I assume he received the standard treatment

8  for prostate cancer.

9       Q.  Okay.  All right, Doctor.  Next I want to

10  talk about what I'm going to consider your second

11  opinion in this matter, and that is still in the first

12  paragraph on page 18 under "Summary and Conclusions."

13  The second-to-last sentence there that begins with and

14  states, "Mr. Farmer was also at the advanced age of 77

15  years when he developed mesothelioma, an age of

16  significantly increased risk of spontaneously

17  developing mesothelioma."

18       What is the basis for your opinion that that

19  is a factor or that that was potentially a cause of

20  Mr. Farmer's mesothelioma?

21       A.  It is a well-known risk factor for all types

22  of cancer.  As we know from the history of

23  carcinogenesis, the multiple steps it takes and the

24  mutations it needs to go through.  And it has been

25  demonstrated for many cancers and it was demonstrated

Page 28

1   in the literature for mesothelioma as well.  But aging

2   significantly -- significantly is a factor.

3        Q.  Okay.  Other than age, do you need any other

4   kind of factor that would increase the risk of

5   developing mesothelioma or are you saying typically,

6   because of his age, he's at an increased risk?

7        A.  By age increase in general is going up, I

8   mean -- sorry.  By age the risk of mesothelioma and

9   all types of cancer is going up.  It's an significant

10  increase compared to younger age.  For example, in the

11  early ages of 20s and 30s of life, the risk is

12  significant lower than in the 70s and 80s.

13       Q.  Okay.  Doctor, the part that I'm focusing on

14  here is the last couple -- the last three words in

15  that sentence where you say "spontaneously developing

16  mesothelioma."  I'm wondering what the basis of your

17  opinion is, perhaps other than age, or if it is only

18  age, that increases the risk of spontaneous

19  development of mesothelioma.

20       A.  Sorry.

21       Q.  Okay.  I'm sorry.  Keep going.

22       A.  No.  Please finish your question.

23       Q.  For example, are you saying that there does

24  not need to be an identifiable asbestos exposure?

25       A.  Yes.  What I'm saying is that mesothelioma

1   may occur without significant asbestos exposure.

2        Q.  Okay.  And again, what is the basis for your

3   opinion on that?

4        A.  Well, the scientific literature that I have

5   reviewed demonstrates that age is a significant risk

6   factor.  And there are other factors that influence

7   the risk of mesothelioma, including ionizing radiation

8   and exposure to other fiber types like aerialites, for

9   example.

10       Q.  Okay.  And do you agree that there is no

11  evidence of any exposure to the aerialite in this

12  case; is that right?

13       A.  Yeah, I did not find any evidence of

14  aerialite exposure, that's correct.

15       Q.  Okay.  All right, Doctor.  I want to go next

16  to what I am considering opinion No. 3 in this case.

17  And it begins with the last paragraph on page 18, and

18  it's the very last sentence of that paragraph.  And it

19  states, "Mr. Farmer's risk of mesothelioma may have

20  been increased due to his work with amphibole

21  asbestos-containing materials, though details

22  regarding his specific job tasks were" not provided --

23  excuse me, "were provided indirectly, through the

24  testimony of his co-workers."

25            What is the basis of that opinion?

1        A.  Well, there are similar lines of evidence

2    that lead to this conclusion.  One is the large body

3    of epidemiologic evidence that indicates that

4    amphibole is a known risk factor for mesothelioma,

5    amphibole including amosite.  We have evidence to

6    demonstrate amosite was used in Coats & Clark's in the

7    insulation material.  And then we also have

8    epidemiologic literature demonstrating that the

9    maintenance workers who worked with amosite or

10   amphibole-containing insulation materials are at

11   increased risk of mesothelioma.  So putting these all

12   together leads to my conclusion.

13       Q.  Doctor, I guess what I would consider

14   perhaps the fourth opinion is that you opined that

15   Mr. Farmer had low-level exposures to chrysotile

16   asbestos and that that was not a contributing factor

17   to his mesothelioma.

18          Is that a fair assessment?

19       A.  No, I don't think so, because you said he

20   had low-level exposure, so there's no affirmative

21   evidence that he had any exposure to asbestos from

22   these products.  In fact, we have Mr. Kuebler's

23   testimony in which Mr. Kuebler states that there was

24   no asbestos-containing material in the Parker

25   products.  And then we do not have any complementary

1   evidence that there was any asbestos in the Honeywell

2   and Fisher products.

3        Q.  Okay.  What do you base your opinions on?

4   You mentioned Mr. Kuebler's deposition.

5            What do you base your opinion on that there

6   was no exposure from the Honeywell products?

7        A.  We do not know whether there was any

8   exposure.  But we do not have any evidence that there

9   was.

10       Q.  Okay.  Did you read Mr. Pennington's

11  deposition?

12       A.  Yes.

13       Q.  Okay.  Do you recall what he testified to

14  with respect to the Honeywell products at issue in

15  this case?

16       A.  Not specifically.

17       Q.  Okay.  Do you recall what Mr. Pennington

18  testified to with respect to the Fisher Controls

19  products at issue in this case?

20       A.  Well, again, not specifically.  But I think

21  Mr. Pennington testified that they came across the

22  chemicals, these products during their work.

23       Q.  And based on what you previously reviewed in

24  this case, do you believe that there was no

25  asbestos-containing products or asbestos exposure

1    despite Mr. Pennington's testimony regarding these

2    products?

3         A.  Well, I do not have firm information, but

4    we -- so I do not know.  But even if there was

5    asbestos in these products, that's an assumption we

6    make.  It was chrysotile and that it was associated --

7    the work Mr. Farmer did during his maintenance work

8    and his inspection, his exposure to chrysotile was at

9    very low levels based on the literature we have.

10        Q.  Okay.  And what is your opinion as to the

11   effect, if any, of low-level exposures to chrysotile

12   in the development of mesothelioma?

13        A.  So Mr. Farmer -- based on the literature, if

14   you work with the gaskets and insufficient packing

15   materials, if they contain the chrysotile asbestos,

16   your exposure is extremely low levels, lower than what

17   career motor-vehicle mechanics would be exposed to.

18   And we have very extensive epidemiologic literature

19   demonstrating that even career auto mechanics are not

20   at increased risk for mesothelioma.

21        Q.  Are you able to quantify for us what

22   Mr. Farmer's potential exposure to chrysotile asbestos

23   is or would be in this case with respect to the

24   products at issue, specifically the Parker-Hannifin,

25   Honeywell, or Fisher Control products?

Page 33

```
 1          A.  Well, I am not an industrial hygienist, so I
 2     would not want to specify the exact exposure
 3     Mr. Farmer had.  But looking at the literature; for
 4     example, the Mengel 2006 paper, which reports results
 5     from simulation work, the eight-hour time-weighted
 6     average concentration measured for workers, many doing
 7     asbestos gasket doing work was 0.3 fiber per cc.  So
 8     that represents an approximate range of what
 9     Mr. Farmer might have been exposed to.
10          Q.  All right, Doctor.  Reading your report and
11     the summary and conclusions, I kind of broke down what
12     I thought were your conclusions in this case.
13              Are you able to tell me was that a fair
14     assessment as far as the number of conclusions that
15     you've reached in this case, or have I missed anything
16     in your conclusions or in your report that I have not
17     touched on?
18          A.  Well, again, I would refer to the report to
19     state my full conclusion.
20          Q.  Okay.  I'm just asking you because I want to
21     make sure that I'm covering everything.  And I think
22     you did a fair assessment in the second-to-last
23     paragraph on page No. 19.  And that's kind of where I
24     got my core opinions from.  I just want to make sure
25     that I'm got missing anything here.
```

Page 34

1            Does that make sense, Doctor?

2       A.  Well, the second-to-last paragraph is the

3  summary of my main conclusions on page 19, that's

4  correct.

5       Q.  And, Doctor, beginning on page 20, you list

6  your references or your report.  Other than the

7  references that you've listed, which continue on

8  until -- well, it looks like my page numbers have been

9  cut off.

10           But other than the references that you have

11  listed here today, are there any other references or

12  materials that you relied on or plan to report to in

13  your testimony or when giving testimony in this case?

14      A.  Well, I'd like to go back to the previous

15  questions.  So the second-to-last paragraph on page 19

16  and the third-from-last paragraph is the actual

17  overall summary of my conclusions.  So the specific --

18      Q.  Okay, I understand.

19      A.  The specific paragraph discussing the

20  products of the defendants I was retained by should be

21  included in my overall summary.

22      Q.  Okay.  Going back to my previous question,

23  Doctor, the list of references that begin on page 20

24  and go through -- it looks like page 32, are these all

25  the references that you planned or that you have

1   relied on in forming your opinion today?

2       A.  Well, I relied on these references, but I

3   also relied on my background knowledge in this area

4   and all the medical knowledge and epidemiological

5   knowledge I have.  So obviously I cannot reference all

6   the papers I have read related to epidemiology or

7   asbestos and epidemiology in general.

8       Q.  Doctor, you agreed that mesothelioma is an

9   incurable, terminal disease; is that right?

10      A.  I was not asked to opine on that question,

11  but there's high mortality from that disease.

12      Q.  Okay.  Would you agree that mesothelioma is

13  a painful disease?

14      A.  Based on what I read in the literature,

15  that's possible.

16      Q.  Would you agree that dying from mesothelioma

17  is a painful death?

18      A.  Well, I don't if the death is painful, but

19  the disease might result in pain in mesothelioma

20  patients.

21      Q.  Doctor, would you agree that chrysotile

22  fibers are toxic?

23      A.  And what do you mean by "toxic"?

24      Q.  That they can cause asbestosis.

25      A.  I don't have any evidence to suggest that.

1      Q.  Would you agree that chrysotile fibers could

2  cause or can cause lung cancer?

3      A.  There is a possibility at very high levels.

4      Q.  Do you know what level that is?

5      A.  Well, I was not asked to opine on lung

6  cancer.  I was looking at specific mesothelioma.

7      Q.  Okay.  Do you have an opinion as to how much

8  chrysotile one needs to be exposed to in order to

9  develop mesothelioma?

10      A.  Well, if you look at the literature, there

11  is no pure evidence that pure chrysotile itself can

12  result in increased risk of mesothelioma.  What we

13  have is epidemiologic studies of so-called classified

14  cohorts, but each of these cohorts where you observe

15  the increased risk of mesothelioma were contaminated

16  by amphibole asbestos.

17      Q.  Okay.  Do you have -- or would you agree

18  that processed chrysotile can be contaminated with

19  amphibole asbestos?

20      A.  It's possible.

21      Q.  Now, Doctor, do you plan to do any more work

22  on this case before trial for counsel for any of the

23  defendants in this case?

24      A.  Well, if I'm presented with new materials,

25  yes.

1          Q.  All right.  Do you plan to review any more

2     literature beyond what you have identified in your

3     report?

4          A.  I'm continuously reviewing literature, so

5     probably yes, but not really specific to this case.

6     But I'm keeping up to date on the literature, yes.

7          Q.  Do you plan to review any more medical

8     records beyond what you've identified in your report?

9          A.  If I am presented with new records, then

10    yes.

11         Q.  And do you plan to review any

12    plaintiff-specific records beyond what you've

13    identified in your report?

14         A.  If I'm presented with new materials and it's

15    pertinent to the case, then yes.

16              MR. LaMARCA:  All right, Doctor.  I think

17    those are all the questions that I have for you today.

18    I would simply ask that if you are presented with

19    additional material beyond what is listed in your

20    report that helped form your opinion in the Farmer

21    matter, that we'd reserve to take your deposition

22    regarding those new materials; okay?

23              THE WITNESS:  Okay.

24              MR. LaMARCA:  I think that's it.  I don't

25    know if any other counsel on the phone has questions,

Page 38

1    but as far as my questioning, the stuff I have for

2    you, I appreciate your time, Dr. Mezei.

3              COUNSEL FOR DEFENDANTS:  We will reserve all

4    questions until the time of trial

5              MR. LaMARCA:  All right.  We're done here.

6    I think we can go off the record.

7              THE WITNESS:  Thank you.  Goodbye.

8              MR. SHAW:  Hang up.  Okay, we're done.

9              I will order and we'll read and sign.  And

10   you can send it to me and I'll give it to Dr. Mezei.

11   I'm ordering a copy, and we want to read and sign the

12   original.

13              (Whereupon, the deposition concluded at

14               10:57 o'clock a.m.)

15                       ---o0o---

16

17

18

19

20

21

22

23

24

25

Page 39

1                     CERTIFICATE OF WITNESS

2

3                          ---o0o---

4

5            I, GABOR MEZEI, M.D., Ph.D., hereby declare

6    under penalty of perjury that I have read the

7    foregoing deposition testimony and that the same is a

8    true and correct transcription of my said testimony

9    except as corrected pursuant to my rights under

10   Rule 30(e) of the Federal Rules of Civil Procedure.

11

12

13

14

15

16                    _____

17                              SIGNATURE

18

19

20                    _____

21                                DATE

22

23

24

25

Page 40

1   STATE OF CALIFORNIA    )
                                )

2   COUNTY OF SAN FRANCISCO )

3      I, MARY DUTRA, a Certified Shorthand Reporter of

4   the State of California, duly authorized to administer

5   oaths pursuant to Section 2025 of the California Code

6   of Civil Procedure, do hereby certify that

7                GABOR MEZEI, M.D. Ph.D.,

8   the witness in the foregoing deposition, was by me

9   duly sworn to testify the truth, the whole truth and

10   nothing but the truth in the within-entitled cause;

11   that said testimony of said witness was reported by

12   me, a disinterested person, and was thereafter

13   transcribed under my direction into computer-aided

14   transcription and is a true and correct transcription

15   of said proceedings.

16      I further certify that I am not of counsel or

17   attorney for either or any of the parties in the

18   foregoing deposition and caption named, nor in any way

19   interested in the outcome of the cause named in said

20   caption.

21      Dated the 28th day of April, 2017.

22

23

24                          _____

                             MARY DUTRA

25                              CSR No. 9251 (California)

Page 41

1                     E R R A T A   S H E E T

2            Pursuant to Rule 30(e) of the Federal Rules
    of Civil Procedure and/or O.C.G.A. 9-11-30(e), any
3   changes in form or substance which you desire to make
    to your deposition testimony shall be entered upon the
4   deposition with a statement of the reasons given for
    making them.

5
             To assist you in making any such
6   corrections, please use the form below.  If
    supplemental or additional pages are necessary, please
7   furnish same and attach them to this errata sheet.

8                          -  -  -

9            I, the undersigned, GABOR MEZEI, M.D., Ph.D,
    do hereby certify that I have read the foregoing
10  deposition and that said transcript is true and
    accurate, with the exception of the following changes
11  noted below, if any:

12

13  Page_____/Line_____/Should read:_____

14  _____

15  Reason:_____

16

17  Page_____/Line_____/Should read:_____

18  _____

19  Reason:_____

20

21  Page_____/Line_____/Should read:_____

22  _____

23  Reason:_____

24

25

Page 42

1              E R R A T A   S H E E T (Continued)

2

3    Page_____/Line_____/Should read:_____

4    _____

5    Reason:_____

6

7    Page_____/Line_____/Should read:_____

8    _____

9    Reason:_____

10

11   Page_____/Line_____/Should read:_____

12   _____

13   Reason:_____

14

15   Page_____/Line_____/Should read:_____

16   _____

17   Reason:_____

18

19                              _____
                                GABOR MEZEI, M.D., Ph.D.,
20

21   Sworn to and subscribed before me, _____,

22   Notary Public.  This _____ day of _____, 20___.

23   My Commission Expires:

24

25

### A

**a.m** 1:21 38:14
**abilities** 7:14
**able** 23:4 32:21
  33:13
**access** 23:4
**accessible** 23:2
**accurate** 41:10
**ACTION** 1:6
**actual** 34:16
**added** 10:15
**addition** 20:24
  21:12
**additional** 15:16
  20:15 37:19
  41:6
**administer** 40:4
**admonitions**
  5:18
**advanced** 27:14
**aerialite** 29:11
  29:14
**aerialites** 29:8
**affirmative**
  30:20
**age** 27:14,15
  28:3,6,7,8,10
  28:17,18 29:5
**agent** 26:13
**ages** 28:11
**aging** 28:1
**ago** 18:15
**agree** 29:10
  35:12,16,21
  36:1,17
**agreed** 11:7 35:8
**agreements** 5:4
**ahead** 7:3,6 8:14
  8:17 9:23
  24:13
**AIR** 1:9
**al** 1:9
**ALBANY** 1:2
**allegation** 11:11
  11:13 13:1,5
**Allen** 3:15
**amended** 2:7
  6:22,24 7:3,7
  7:13
**amosite** 30:5,6,9

**amount** 14:13
  15:1,3 26:21
  26:25 27:4
**amphibole**
  29:20 30:4,5
  36:16,19
**amphibole-co...**
  30:10
**and/or** 41:2
**APPEARAN...**
  3:1 4:1
**appreciate** 7:15
  23:14 38:2
**approximate**
  33:8
**April** 1:21 2:15
  2:17 7:22 8:3
  9:24 10:9,15
  40:21
**area** 35:3
**areas** 17:15
**article** 19:4
**asbestos** 16:9,10
  16:15,19 17:12
  17:15 19:8
  28:24 29:1
  30:16,21 31:1
  31:25 32:5,15
  32:22 33:7
  35:7 36:16,19
**asbestos-cont...**
  13:3 29:21
  30:24 31:25
**asbestos-related**
  17:3,9,20 18:1
**asbestosis** 35:24
**asked** 12:6 14:5
  15:19 18:10
  25:5,9,10
  35:10 36:5
**asking** 23:25
  33:20
**assessment**
  30:18 33:14,22
**assist** 41:5
**associated** 25:7
  32:6
**assume** 11:7
  25:15 27:7
**assuming** 17:1

**amount** 14:13
**assumption** 32:5
**Atlanta** 3:10,16
  3:21 4:13
**attach** 41:7
**attorney** 3:3,9
  3:14,19 4:4,11
  40:17
**attorneys** 12:18
  23:13
**authorized** 40:4
**auto** 32:19
**average** 33:6

### B

**back** 14:8 23:16
  25:19 34:14,22
**background**
  35:3
**bad** 17:24
**Balch** 3:14
**base** 31:3,5
**based** 25:11
  31:23 32:9,13
  35:14
**basic** 11:5
**basically** 13:20
  20:18
**basis** 24:3,20,23
  26:9 27:18
  28:16 29:2,25
**beginning** 34:5
**begins** 26:2
  27:13 29:17
**behalf** 1:14 3:2
  3:7 5:12
**believe** 10:6,23
  12:1,13,17
  14:18 18:20
  19:18 22:9
  31:24
**BENJAMIN** 3:8
**Benson** 3:20
**best** 7:14
**beyond** 20:6,16
  37:2,8,12,19
**billed** 15:4,10,15
**billing** 13:13
  15:7
**Bingham** 3:14
**bit** 8:12

**Bobby** 1:4,6
  2:15
**body** 30:2
**Boulevard** 3:15
**bring** 7:16
**broke** 33:11
**broken** 25:21

### C

**C.V** 8:3 9:6,11
**California** 1:20
  40:1,4,5,25
**call** 12:18,19,20
**calls** 12:14
**cancer** 26:16
  27:2,2,8,22
  28:9 36:2,6
**cancers** 27:25
**capacity** 1:5
**caption** 40:18,20
**carcinogenesis**
  27:23
**carcinogenic**
  26:13
**care** 25:7
**career** 32:17,19
**Carlyle** 3:9
**case** 6:13,17,20
  7:19,22 8:2
  10:5,19 11:16
  11:20 13:22,24
  14:6,11 15:4,7
  15:17,21 16:15
  16:19 20:3,25
  21:2,11,19
  23:18,23 24:11
  29:12,16 31:15
  31:19,24 32:23
  33:12,15 34:13
  36:22,23 37:5
  37:15
**case-specific**
  11:18 12:7
  13:10,23
**cases** 16:7,9,11
  16:12 17:3,3
**causation** 18:20
**cause** 27:19
  35:24 36:2,2
  40:10,19

**cc** 33:7
**center** 10:25
**CERTIFICA...**
  39:1
**Certified** 1:18
  40:3
**certify** 40:6,16
  41:9
**change** 13:25
**changes** 22:10
  22:13 41:3,10
**charge** 12:21
**chemicals** 31:22
**chrysotile** 11:12
  19:8 30:15
  32:6,8,11,15
  32:22 35:21
  36:1,8,11,18
**Civil** 1:6,17
  39:10 40:6
  41:2
**clarification**
  6:23
**clarified** 22:15
**clarify** 16:11,12
**Clark** 20:12,19
**Clark's** 30:6
**classified** 36:13
**co-workers**
  29:24
**Coats** 20:12,19
  30:6
**Code** 40:5
**cohorts** 36:14,14
**come** 7:12 12:14
**commencing**
  1:21
**Commission**
  42:23
**Commonwealth**
  1:19
**communicatio...**
  22:1
**companies**
  17:19,25
**company** 3:7
  20:22,23
**compared** 28:10
**complementary**
  30:25

**computer-aided**
40:13
**concentration**
33:6
**conclude** 20:21
25:3
**concluded** 38:13
**conclusion** 30:2
30:12 33:19
**conclusions**
24:14 27:12
33:11,12,14,16
34:3,17
**confirm** 5:4
24:22
**conflicts** 12:21
**consider** 27:10
30:13
**considering**
29:16
**consulting** 13:15
13:18,20
**contact** 12:11
**contacted** 10:21
11:24 12:17
**contain** 32:15
**contained** 1:15
**contaminated**
36:15,18
**continue** 34:7
**Continued** 4:1
42:1
**continuously**
37:4
**contributed**
26:5,11
**contributing**
30:16
**Control** 32:25
**Controls** 3:18
6:16 12:16
13:4 31:18
**copy** 6:19,21,22
6:24 8:4,6,8
9:11 14:14
16:3 19:14
23:1 38:11
**core** 33:24
**Corporation** 1:9
4:9 6:16

**correct** 16:16
24:21 29:14
34:4 39:8
40:14
**corrected** 22:14
39:9
**corrections** 41:6
**cost** 25:7,9
**counsel** 3:1 4:1
5:3 10:20
11:23 12:11
15:17 19:19
24:8 36:22
37:25 38:3
40:16
**COUNTY** 40:2
**couple** 18:15
28:14
**course** 15:10
**court** 1:1,23 7:2
8:13 9:5 16:12
18:5,8
**covering** 33:21
**CSR** 40:25
**cured** 5:7
**current** 13:13
13:14,16
**Curriculum**
2:12
**cut** 34:9

**D**

**D'AMICO** 1:22
**data** 21:22
**date** 9:3 15:4
37:6 39:21
**dated** 7:19,22,24
8:2 9:6,18,24
10:8 40:21
**DAVID** 4:4
**day** 1:20 40:21
42:22
**deal** 19:7
**death** 35:17,18
**Deceased** 1:5,6
**December** 9:7
9:11
**declare** 39:5
**defendant** 3:7
3:12,18 4:3 5:8

6:14 11:21,22
11:24 12:4,24
14:17
**defendants** 1:10
4:9 5:9 6:17
10:19 14:19
15:18 16:21,24
22:15,18 24:8
34:20 36:23
38:3
**defendants'**
24:14
**Defense** 18:11
**demonstrate**
30:6
**demonstrated**
27:25,25
**demonstrates**
26:14 29:5
**demonstrating**
30:8 32:19
**depending**
13:25
**deposed** 15:25
**deposition** 1:13
1:16 2:8 5:16
6:10,19,21 7:4
7:17 8:18,23
14:2 15:16
16:15 17:5
19:13 23:7,10
31:4,11 37:21
38:13 39:7
40:8,18 41:3,4
41:10
**depositions**
21:15
**description** 2:6
16:6
**desire** 41:3
**despite** 32:1
**details** 29:21
**develop** 36:9
**developed** 11:13
13:5 27:15
**developing**
27:17 28:5,15
**development**
23:24 26:5,11
26:22 28:19

32:12
**diagnosed** 24:18
24:24
**diagnosis** 24:21
25:15 26:4
**died** 25:16
**difference** 22:20
22:24
**differences**
22:25
**different** 19:21
24:5,10 25:22
**directed** 12:20
**direction** 40:13
**directly** 17:11
**director** 10:25
12:15,20,20
**discuss** 7:12
23:11,12 24:14
**discusses** 26:2
**discussing** 34:19
**disease** 35:9,11
35:13,19
**disinterested**
40:12
**dispense** 5:17
**dispute** 24:20
25:14,16,18
**disputing** 24:18
**DISTRICT** 1:1
1:1
**division** 1:2 11:1
11:1
**doctor** 6:4,6
7:11 9:1,19
10:3,13,17
13:12 14:8,13
15:14,23 16:17
17:8 18:4
19:11 21:18
23:16 25:19
27:9 28:13
29:15 30:13
33:10 34:1,5
34:23 35:8,21
36:21 37:16
**documentation**
26:14
**doing** 5:19 17:21
33:6,7

**Dr** 5:10 8:22 9:6
9:10 10:24
25:5 38:2,10
**draft** 22:9,11
23:1
**drafted** 21:20
**DRI** 18:12,22
**Drive** 1:19
**dshaw@wkg.c...**
4:7
**Duces** 2:8
**due** 29:20
**duly** 40:4,9
**Dutra** 1:18 40:3
40:24
**dying** 35:16

**E**

**E** 3:13,19 41:1,1
41:1 42:1,1,1
**e-mail** 7:5 8:15
11:4
**earlier** 14:9
**early** 28:11
**easily** 23:2
**editing** 22:2
**editors** 22:4
**education** 6:6
**effect** 32:11
**eight-hour** 33:5
**either** 40:17
**electronic** 19:24
**employee** 17:12
**entail** 13:19
**entailed** 15:12
**entered** 41:3
**epidemiologic**
30:3,8 32:18
36:13
**epidemiological**
19:9 35:4
**epidemiologist**
6:5,7
**epidemiology**
6:8 19:5 35:6,7
**erjohnson@b...**
3:17
**errata** 41:7
**Estate** 1:6
**et** 1:9

**evaluate** 11:18
**Evert** 4:11
**evidence** 29:11
  29:13 30:1,3,5
  30:21 31:1,8
  35:25 36:11
**evidenced** 15:25
**exact** 33:2
**exactly** 14:21
**Examination**
  2:3 5:1
**EXAMINATI...**
  2:1
**example** 28:10
  28:23 29:9
  33:4
**exception** 41:10
**excluding** 15:8
**excuse** 8:7 29:23
**Executrix** 1:5
**Exhibit** 2:6 7:4
  7:8,9 8:18,19
  8:22,24 9:7,8
  9:15,16,25
  10:1,10,11
  14:9 19:13
**exhibits** 2:5 7:5
  8:14,15
**expect** 15:16
**expectancy**
  25:11
**expert** 2:10
  21:14,15
**Expires** 42:23
**Exponent** 10:25
  17:13,17 22:1
**exposed** 13:2
  32:17 33:9
  36:8
**exposure** 11:12
  11:14 13:6
  26:17 28:24
  29:1,8,11,14
  30:20,21 31:6
  31:8,25 32:8
  32:16,22 33:2
**exposures** 30:15
  32:11
**extensive** 32:18
**extent** 8:16

**external** 22:1
**extremely** 32:16

### F

**fact** 21:1 30:22
**factor** 26:23
  27:19,21 28:2
  28:4 29:6 30:4
  30:16
**factors** 29:6
**facts** 11:5
**fail** 18:23
**fair** 25:15 30:18
  33:13,22
**far** 14:7 15:15
  17:10 33:14
  38:1
**Farmer** 1:4,5,6
  2:15,17 6:10
  9:24 10:8,22
  11:3,12,25
  12:11,25 13:2
  23:23 24:18,23
  25:3,16 27:2,5
  27:14 30:15
  32:7,13 33:3,9
  37:20
**Farmer's** 25:8
  25:11 26:6
  27:20 29:19
  32:22
**February** 12:1
  12:13
**Federal** 1:17
  39:10 41:2
**fiber** 29:8 33:7
**fibers** 35:22
  36:1
**FILE** 1:6
**find** 20:19,24
  29:13
**finish** 28:22
**firm** 3:4 32:3
**first** 6:2 10:21
  10:24 11:24
  14:12 16:14
  24:17 25:25
  26:1 27:11
**Fisher** 3:18 6:16
  12:11,16,24

13:4 31:2,18
  32:25
**FM** 3:4
**focusing** 28:13
**following** 41:10
**foregoing** 39:7
  40:8,18 41:9
**form** 5:6 13:24
  24:7 37:20
  41:3,6
**formed** 23:17
**forming** 35:1
**foundation** 5:6
**four** 17:18 25:22
**fourth** 26:1
  30:14
**FRANCISCO**
  40:2
**Friedman** 3:20
**front** 14:15 16:3
  19:14 24:15
**full** 5:25 23:19
  33:19
**furnish** 41:7
**further** 40:16

### G

**G-a-b-o-r** 6:3
**Gabor** 1:13 2:8
  2:10,12,14 6:2
  39:5 40:7 41:9
  42:19
**gasket** 33:7
**gaskets** 32:14
**general** 18:20
  26:12 28:7
  35:7
**generally** 23:22
**Georgia** 1:1,24
  3:10,16,21
  4:13 20:23
**GERSHWIN**
  1:22
**give** 6:13 18:10
  25:6,10 38:10
**given** 16:15 17:5
  18:22 21:16
  22:12,21 25:14
  41:4
**giving** 14:2

34:13
**go** 7:3,6 8:13,14
  8:17 9:22 14:8
  24:12 27:24
  29:15 34:14,24
  38:6
**going** 8:11,13,17
  9:6,7,22,25
  10:9 17:18
  23:16 24:4,9
  25:19 27:10
  28:7,9,21
  34:22
**good** 5:8,10,11
  5:16 8:5
**Goodbye** 38:7
**GOODYEAR**
  3:7
**great** 8:4 24:17
**guess** 30:13
**GUSTAFSON**
  4:10

### H

**H** 41:1 42:1
**handwritten**
  19:23 20:5
**Hang** 38:8
**health** 10:25
  11:1
**hear** 5:14,19
**hearings** 16:13
**helped** 37:20
**helps** 16:17
**high** 35:11 36:3
**history** 25:12
  27:22
**Honeywell** 3:12
  6:16 11:22,24
  12:4,17 31:1,6
  31:14 32:25
**Houff** 4:11
**house** 22:4
**Houston** 3:5
**Hutchins** 3:19
**hygienist** 33:1

### I

**iagustafson@...**
  4:14

**idea** 27:4
**identifiable**
  28:24
**identification**
  7:10 8:20,25
  9:9,17 10:2,12
**identified** 37:2,8
  37:13
**included** 20:3,3
  25:2 34:21
**including** 27:2
  29:7 30:5
**increase** 26:17
  28:4,7,10
**increased** 26:15
  27:16 28:6
  29:20 30:11
  32:20 36:12,15
**increases** 28:18
**incurable** 35:9
**INDEX** 2:1,5
**indicates** 30:3
**indirectly** 29:23
**individually** 1:4
**industrial** 33:1
**influence** 29:6
**information**
  13:7,8 22:14
  22:18 32:3
**initially** 12:19
**input** 21:22
**inspection** 20:13
  32:8
**Institute** 18:11
**insufficient**
  32:14
**insulation** 30:7
  30:10
**interested** 40:19
**internal** 21:24
**INTERNATI...**
  3:18
**internet** 20:19
**investigation**
  20:16
**invoice** 2:9 8:6,7
  14:12,15,16,18
  14:21,23,25,25
**invoices** 8:6,8,17
  14:10 15:1,7

15:15
**involved** 16:7
**ionizing** 26:12
  29:7
**issue** 31:14,19
  32:24
**issued** 9:2 14:11
  14:18
**items** 2:15 7:12
  7:21 9:23 10:4
  19:12,21 20:17
  21:5,9,9
**Ivan** 3:15 4:10

**J**

**job** 29:22
**Johnson** 3:13
  12:19
**Join** 24:8
**Jr** 3:15

**K**

**Kasowitz** 3:20
**Kastner** 4:5
**Keep** 28:21
**keeping** 37:6
**Kevin** 3:3 5:2,12
**Kevin.LaMar...**
  3:6
**kind** 7:7 16:18
  25:21 26:20
  28:4 33:11,23
**know** 5:16 14:7
  14:14,16,21
  15:6,11,24
  17:8,19 18:14
  18:17 19:3
  20:25 22:7,10
  24:3,14 26:12
  27:22 31:7
  32:4 36:4
  37:25
**knowledge** 35:3
  35:4,5
**knowledgeable**
  22:5
**known** 30:4
**Kuebler** 30:23
**Kuebler's** 30:22
  31:4

**L**

**L** 3:8
**LaMarca** 2:3
  3:3 5:1,2,3,12
  7:2,11 8:21 9:1
  9:5,10,18,22
  10:3,7,13
  24:12 37:16,24
  38:5
**Lanier** 3:4
**large** 30:2
**lastly** 12:10
**latest** 10:14
**law** 3:3,4,9,14
  3:14,19 4:4,5
  4:11,11
**lawyers** 20:16
**lead** 20:20 30:2
**leads** 30:12
**lecture** 18:10,18
  18:22
**Lee** 1:5,6 2:15
**let's** 14:24 23:6
  24:12
**level** 36:4
**levels** 32:9,16
  36:3
**life** 25:11 28:11
**limited** 18:7
**line** 24:1 41:13
  41:17,21 42:3
  42:7,11,15
**lines** 30:1
**LIQUID** 1:9
**list** 2:15 7:21
  9:15,19,23
  10:4 15:24
  16:1,1,3 19:12
  20:17 21:9
  34:5,23
**listed** 7:12 21:5
  21:9 34:7,11
  37:19
**listing** 2:13 7:24
**lists** 13:14
**literature** 11:19
  12:8 13:10,22
  14:2 17:22
  18:25 19:10
  21:12 26:14

28:1 29:4 30:8
  32:9,13,18
  33:3 35:14
  36:10 37:2,4,6
**litigation** 17:12
  17:21 18:1
**little** 8:12 16:8
  22:17
**LLC** 3:18
**LLP** 3:9,14,20
**located** 20:23
**look** 19:11 23:10
  24:13 26:24
  27:1 36:10
**looked** 25:1
**looking** 23:25
  24:16 33:3
  36:6
**looks** 14:10 16:1
  19:21 25:22,25
  34:8,24
**low** 32:9,16
**low-level** 30:15
  30:20 32:11
**lower** 28:12
  32:16
**lung** 36:2,5

**M**

**M-e-z-e-i** 6:3
**M.D** 1:13 2:8,10
  2:12,14 39:5
  40:7 41:9
  42:19
**Madam** 7:2 8:13
  9:5
**main** 34:3
**maintenance**
  30:9 32:7
**making** 41:4,5
**MALE** 24:6
**malignant** 24:18
  26:4
**March** 7:19,25
  8:22 9:3,18
  20:13
**mark** 7:3 8:15
  8:17,21 9:6,14
  9:23,25 10:7,9
**marked** 2:6 7:9

8:19,24 9:8,16
  10:1,11 19:12
**Mary** 1:4,18
  2:15 40:3,24
**material** 7:18
  11:18 30:7,24
  37:19
**materials** 12:7
  13:3,10,23
  15:21 19:17
  20:1,10,25
  21:12 29:21
  30:10 32:15
  34:12 36:24
  37:14,22
**matter** 2:15,17
  6:10 8:2 9:24
  10:8,22 11:3,5
  11:6,10,25
  12:9,12,25
  13:11 16:21
  17:2 21:16
  27:11 37:21
**matters** 12:22
  17:10 23:11
**mean** 22:18
  23:24 28:8
  35:23
**meaning** 6:13
  14:17
**measured** 33:6
**mechanics**
  32:17,19
**medical** 6:6
  24:25 25:7,12
  25:12 35:4
  37:7
**memory** 15:20
  18:23
**Mengel** 33:4
**Menlo** 1:20
**mentioned**
  10:18 11:21
  31:4
**mesothelioma**
  11:13 13:5
  19:1,5 23:24
  24:19,24 25:4
  25:15,17 26:4
  26:6,11,15,22

27:15,17,20
  28:1,5,8,16,19
  28:25 29:7,19
  30:4,11,17
  32:12,20 35:8
  35:12,16,19
  36:6,9,12,15
**Mezei** 1:13 2:8
  2:10,12,14
  5:10 6:2 9:10
  25:5 38:2,10
  39:5 40:7 41:9
  42:19
**Mezei's** 8:22 9:6
**mhutchins@k...**
  3:22
**Michael** 3:19
**MIDDLE** 1:1
**Midtown** 3:20
**mill** 20:23
**minor** 22:13,25
**missed** 25:23
  33:15
**missing** 33:25
**mistaken** 12:2
**moment** 23:3
**money** 17:8,11
**morning** 5:10,11
**mortality** 35:11
**motor-vehicle**
  32:17
**move** 14:24
  15:24
**Mowat** 10:24
**multiple** 27:23
**mutations** 27:24

**N**

**N.W** 3:15
**name** 6:1,2,2,3
**named** 40:18,19
**NE** 4:12
**necessary** 41:6
**need** 28:3,24
**needs** 26:21
  27:24 36:8
**new** 15:21 36:24
  37:9,14,22
**nonasbestos-r...**
  17:2

**normal** 5:17
**Nos** 2:9
**Notary** 42:22
**notation** 7:7
**noted** 41:11
**notes** 19:24 20:3
20:6,9
**notice** 2:7 6:20
6:21,22,25 7:4
7:7,13,17
**number** 15:25
26:21 33:14
**numbers** 34:8
**NW** 3:10

**O**

**o'clock** 38:14
**O.C.G.A** 41:2
**o0o---** 2:18 4:15
38:15 39:3
**oaths** 40:5
**objection** 5:8
24:6
**objections** 5:6
**observe** 36:14
**obviously** 35:5
**occur** 29:1
**offhand** 14:16
15:13 18:19
22:23
**Offices** 3:14 4:5
4:11
**okay** 5:14,23,24
6:4,12,17,19
6:23 7:2,11,20
7:23 8:1,4,11
9:5,14,22 10:7
10:17 11:2,7
11:15 12:3,23
13:7,25 14:5,8
14:20,24 15:6
15:11,23 16:6
16:14,24 17:14
17:16,19 18:14
18:17,21,24
19:3,11,16,20
19:23 20:5,9
20:20 21:1,14
21:22 22:3,10
22:20 23:1,4,9

23:15,21 24:12
24:17,22 25:5
25:10,14,19
26:9,20 27:4,9
28:3,13,21
29:2,10,15
31:3,10,13,17
32:10 33:20
34:18,22 35:12
36:7,17 37:22
37:23 38:8
**opine** 35:10 36:5
**opined** 30:14
**opinion** 11:20
12:8 13:11,23
23:19 24:11,23
25:25 26:9
27:11,18 28:17
29:3,16,25
30:14 31:5
32:10 35:1
36:7 37:20
**opinions** 18:4,7
21:19 23:18,22
24:4 25:6,11
25:22 31:3
33:24
**order** 36:8 38:9
**ordering** 38:11
**original** 22:21
23:12 38:12
**outcome** 40:19
**outstanding**
15:7,15
**overall** 34:17,21

**P**

**P-1** 2:7 7:9
**P-2** 2:9 8:19
**P-3** 2:10 8:24
**P-4** 2:12 9:8
**P-5** 2:13 9:16
**P-6** 2:15 10:1
**P-7** 2:17 10:11
**P.C** 3:4
**packing** 32:14
**page** 24:13,15
25:20 26:1
27:12 29:17
33:23 34:3,5,8

34:15,23,24
41:13,17,21
42:3,7,11,15
**pages** 24:1 25:20
41:6
**pain** 35:19
**painful** 35:13,17
35:18
**paper** 18:25
26:18,24 33:4
**papers** 35:6
**paragraph** 26:1
27:12 29:17,18
33:23 34:2,15
34:16,19
**Park** 1:20
**Parker** 10:24
30:24
**Parker-Hanni...**
4:3,9 6:15
10:21 11:10,11
11:17 16:25
17:2,4 18:3
32:24
**part** 25:2 28:13
**particular** 26:17
**parties** 40:17
**pathology** 25:1
25:2
**patients** 26:15
35:20
**Peachtree** 4:12
**peer-reviewed**
18:25
**penalty** 39:6
**Pennington**
31:17,21
**Pennington's**
31:10 32:1
**Pericardium**
19:6
**perjury** 39:6
**person** 40:12
**personally**
18:24 19:20
**pertinent** 37:15
**Ph.D** 1:13 2:8,11
2:12,14 6:7
39:5 40:7 41:9
42:19

**Phoenix** 18:16
**phone** 5:20
37:25
**plaintiff** 1:7,14
3:2 5:13
**plaintiff's** 2:6,7
5:3 7:9 8:19,24
9:8,16 10:1,11
**plaintiff-speci...**
37:12
**plan** 34:12 36:21
37:1,7,11
**planned** 34:25
**Plaza** 3:20
**please** 5:25
17:23 21:7
28:22 41:6,6
**pleural** 25:3
**point** 22:9
**portions** 21:23
**possibility** 36:3
**possible** 15:5
35:15 36:20
**potential** 32:22
**potentially**
27:19
**preparation**
15:9
**prepared** 7:12
**present** 12:18
**presentation**
18:11,18,22
**presented** 15:22
36:24 37:9,14
37:18
**previous** 12:6
34:14,22
**previously**
17:20 18:1
31:23
**prior** 9:14 15:24
22:7
**probably** 15:20
37:5
**procedure** 1:18
27:6 39:10
40:6 41:2
**proceedings**
16:13 40:15
**process** 21:25

22:2
**processed** 36:18
**products** 13:4
22:19,22 30:22
30:25 31:2,6
31:14,19,22,25
32:2,5,24,25
34:20
**profile** 25:12
**project** 15:10
**prostate** 27:2,6
27:8
**provide** 11:19
12:8 13:10,23
23:13
**provided** 2:13
19:16,18 20:16
29:22,23
**providing** 11:4
**Public** 42:22
**published** 18:24
**pure** 36:11,11
**pursuant** 1:14
39:9 40:5 41:2
**putting** 30:11

**Q**

**quality-assura...**
21:25
**quantify** 32:21
**quantitative**
26:20
**question** 5:20,22
11:5 17:23,24
28:22 34:22
35:10
**questioning**
38:1
**questions** 8:12
34:15 37:17,25
38:4
**quick** 9:1 14:24

**R**

**R** 41:1,1 42:1,1
**radiation** 26:3
26:10,12,16,21
26:23,25 27:5
29:7
**range** 33:8

**rate** 13:13,14,16
  13:25
**reached** 33:15
**read** 25:20
  31:10 35:6,14
  38:9,11 39:6
  41:9,13,17,21
  42:3,7,11,15
**reading** 1:15
  33:10
**real** 9:1 14:24
**really** 20:24
  37:5
**reason** 5:19
  41:15,19,23
  42:5,9,13,17
**reasonableness**
  25:6
**reasons** 41:4
**recall** 22:23,24
  31:13,17
**receive** 26:15,22
**received** 2:15
  7:21 9:23 10:4
  14:10 19:12
  20:17 21:10
  26:3 27:6,7
**record** 5:5 6:1
  38:6
**records** 24:25
  37:8,9,12
**refer** 33:18
**reference** 26:18
  35:5
**referenced** 14:9
**references** 34:6
  34:7,10,11,23
  34:25 35:2
**referring** 14:22
**refresh** 15:20
**regarding** 10:21
  11:2,24 12:11
  22:18 23:11
  25:6,11 29:22
  32:1 37:22
**regards** 7:17
**regulatory**
  16:13,13
**rehash** 24:1
**relate** 23:23

**related** 35:6
**relevant** 11:19
  12:7 13:22
**relied** 34:12
  35:1,2,3
**rely** 20:9
**reminders** 5:18
**repeat** 5:21
  17:23 21:7
**rephrase** 5:21
**report** 2:10 8:22
  9:2 13:14,24
  20:7 21:6,19
  21:20,23 22:8
  22:8,11,21
  23:2,12,17,20
  24:2,5,10,13
  33:10,16,18
  34:6,12 37:3,8
  37:13,20
**reported** 40:11
**Reporter** 1:19
  7:3 8:13 9:5
  40:3
**Reporters** 1:23
**reports** 7:19
  14:2 19:24
  20:9 21:15
  25:1,3 33:4
**represents** 33:8
**request** 10:23
**requirement**
  21:25
**Research** 18:11
**reserve** 37:21
  38:3
**reserved** 1:16
  5:7
**respect** 12:25
  13:7 22:22
  31:14,18 32:23
**result** 11:14
  13:3,6 17:9
  26:23 27:6
  35:19 36:12
**results** 33:4
**retained** 6:13,15
  10:18 11:6,8
  11:10,16,16
  12:3,24 13:8,9

13:21 15:18
  16:20,22,25
  17:20,25 18:2
  34:20
**retention** 10:23
  11:3
**review** 12:6,7
  13:9,21,22
  15:21 19:9,20
  25:9 37:1,7,11
**reviewed** 19:22
  20:2 21:4,5,8
  21:13,14 24:25
  29:5 31:23
**reviewers** 22:5
**reviewing** 14:1
  17:21 19:25
  20:10 37:4
**Rice** 3:9
**right** 5:2,10,25
  6:5,10 8:11
  10:17 12:10
  13:12 14:8
  15:3,7,14,23
  16:17 18:4
  19:11 20:15
  21:18 23:5,16
  24:16,19 25:19
  27:9 29:12,15
  33:10 35:9
  37:1,16 38:5
**Righton** 3:13
  12:18
**rights** 39:9
**risk** 26:15 27:16
  27:21 28:4,6,8
  28:11,18 29:5
  29:7,19 30:4
  30:11 32:20
  36:12,15
**Road** 1:23 4:12
**Roswell** 1:24
**RUBBER** 3:7
**Rule** 39:10 41:2
**Rules** 1:17 39:10
  41:2

————————
**S**
————————
**S** 41:1 42:1
**salaried** 17:12

**SAN** 40:2
**Sandridge** 3:9
**saw** 20:2
**saying** 28:5,23
  28:25
**sciences** 11:1
**scientific** 11:19
  12:8 13:9,21
  14:1 17:22
  29:4
**search** 20:18
**Seattle** 4:6
**second** 27:10
**second-to-last**
  27:13 33:22
  34:2,15
**Section** 40:5
**see** 13:13 16:14
  26:7
**seen** 6:24
**send** 38:10
**sense** 34:1
**sent** 6:20 7:18
**sentence** 26:1,7
  27:13 28:15
  29:18
**services** 13:15
  13:18,20
**SHAW** 4:4 38:8
**sheet** 41:7
**short** 23:25
**Shorthand** 1:19
  40:3
**side** 26:24
**sign** 38:9,11
**SIGNATURE**
  39:17
**significant**
  26:18 28:9,12
  29:1,5
**significantly**
  26:5,10 27:16
  28:2,2
**signing** 1:16
**similar** 12:5
  30:1
**simply** 23:9
  37:18
**simulation** 33:5
**site** 20:12

**skip** 16:18
**so-called** 36:13
**sorry** 12:5 16:11
  17:24 28:8,20
  28:21
**sound** 15:3
**spans** 16:1
**SPEAKER** 24:6
**specific** 21:11
  22:14,17,18,22
  26:13 29:22
  34:17,19 36:6
  37:5
**specifically**
  11:15 19:7
  22:24 25:1
  31:16,20 32:24
**specify** 26:25
  33:2
**split** 14:19
**spontaneous**
  28:18
**spontaneously**
  27:16 28:15
**Spouse** 1:4
**standard** 26:24
  27:1,7
**start** 17:16
**started** 5:3
**state** 5:25 33:19
  40:1,4
**statement** 41:4
**states** 1:1 27:14
  29:19 30:23
**statistically**
  26:18
**steps** 27:23
**stipulations**
  1:15
**Street** 3:10 4:5
**struck** 18:5
**studies** 36:13
**stuff** 38:1
**submitted** 13:24
**Subpoena** 2:8
**subscribed**
  42:21
**substance** 41:3
**suggest** 35:25
**Suite** 3:10,15,21

4:6,12
**summaries** 20:2
**summarized**
23:19
**summary** 2:17
8:2 10:8,14
20:3 24:14
27:12 33:11
34:3,17,21
**supplemental**
41:6
**supplements** 9:2
**sure** 12:21 23:6
33:21,24
**Surviving** 1:4
**sworn** 40:9
42:21
**SYSTEMS** 1:9

**T**

**T** 41:1,1 42:1,1
**take** 23:10 37:21
**taken** 1:14 21:15
**takes** 27:23
**talk** 13:12 21:1
21:18 27:10
**talking** 18:19
19:25
**tasks** 29:22
**technical** 22:5
**Tecum** 2:8
**teleconference**
3:3,8,13,19
4:10
**Telephonic** 2:8
**tell** 10:20 11:2
11:23 17:25
24:4 33:13
**ten** 26:17
**terminal** 35:9
**testified** 31:13
31:18,21
**testify** 14:5 40:9
**testifying** 16:20
17:22
**testimonies** 7:24
**testimony** 2:13
6:13 9:14,19
14:3 15:8,24
17:6 29:24

30:23 32:1
34:13,13 39:7
39:8 40:11
41:3
**Testis** 19:6
**Texas** 3:5
**textile** 20:22,23
**Thank** 6:23 7:15
10:17 38:7
**therapy** 26:16
**things** 8:5 16:18
**think** 14:22
22:13 25:21
30:19 31:20
33:21 37:16,24
38:6
**third-from-last**
34:16
**thought** 33:12
**three** 14:19,19
28:14
**time** 15:9,11
16:14 18:21
38:2,4
**time-weighted**
33:5
**times** 15:25
**TIRE** 3:7
**title** 18:17 19:3
**today** 6:25 7:16
16:14,20,22
19:25 22:12,22
23:12,17 34:11
35:1 37:17
**today's** 15:8,16
19:13 22:8
23:6,10
**topic** 18:20
**Torres** 3:20
**total** 15:2
**touched** 33:17
**toxic** 35:22,23
**transcribed**
40:13
**transcript** 41:10
**transcription**
39:8 40:14,14
**treatment** 25:8
26:3,10 27:5,7
**treatments**

26:25 27:1
**trial** 5:7 14:6
15:17,20 24:5
36:22 38:4
**true** 39:8 40:14
41:10
**truth** 40:9,9,10
**trying** 25:21
**Tunica** 19:6
**two** 3:20 8:6,17
14:10 15:1
**type** 17:5
**typed** 21:23
**types** 26:16 27:1
27:21 28:9
29:8
**typically** 28:5
**typing** 14:2
**typos** 22:13

**U**

**unclear** 16:8
**undersigned**
41:9
**understand** 5:20
6:9,12 34:18
**understanding**
11:9 12:23
13:1
**UNIDENTIFI...**
24:6
**Union** 4:5
**UNITED** 1:1
**updated** 9:13
**use** 41:6

**V**

**Vaginalis** 19:6
**various** 26:16
27:1
**vbenjamin@...**
3:11
**version** 9:13
10:4,14,16
23:25
**versions** 22:8
**Videoconfere...**
1:23
**view** 26:24
**visit** 20:12

**Vitae** 2:12
**VONNETTA**
3:8
**vs** 1:8

**W**

**want** 5:4 7:6
8:21 10:7
13:12 14:8
15:23 19:11
21:18 23:21
24:3 25:23
27:9 29:15
33:2,20,24
38:11
**Washington** 4:6
**way** 14:22 40:18
**ways** 14:19
**we'll** 38:9
**we're** 7:5 19:24
38:5,8
**Weathersby**
4:11
**week** 15:10
**well-known**
27:21
**went** 5:5 21:24
**West** 1:23 3:4
**Williams** 4:5
**willing** 11:6
**within-entitled**
40:10
**witness** 24:9
37:23 38:7
39:1 40:8,11
**witnesses** 21:2
**Womble** 3:9
**wondering**
28:16
**words** 28:14
**work** 13:3 15:17
17:9,15 29:20
31:22 32:7,7
32:14 33:5,7
36:21
**worked** 30:9
**workers** 30:9
33:6
**working** 17:16
**written** 22:1

www.Atlanta...
1:25

**X**

**Y**

**Yeah** 17:24 21:8
29:13
**year** 20:13
**years** 17:18
18:15 26:3,17
27:15
**younger** 28:10

**Z**

**0**

**0.3** 33:7

**1**

**1** 7:4,8
**1:16-cv-00054...**
1:7
**10** 2:15,17 7:19
8:22
**10,971** 15:1
**10:04** 1:21
**10:57** 38:14
**10th** 9:3
**11475** 1:23
**13** 26:3
**149** 1:19
**15** 2:15,17 9:24
**15,943.50** 15:2
**1500** 3:21
**1550** 4:12
**15th** 7:22 8:3
9:7,11 10:9,15
**17th** 3:10
**18** 24:13 25:20
25:20 26:1
27:12 29:17
**19** 25:20 33:23
34:3,15
**1960** 3:4
**1st** 7:25 9:18

**2**

**2** 8:18 14:9
**20** 34:5,23 42:22
**2002** 27:3

**2006** 33:4
**2013** 16:1 17:18
**2016** 9:7,12
**2017** 1:21 2:16
  2:17 8:22 9:19
  9:24 10:9 16:2
  17:10 40:21
**2025** 40:5
**206** 4:7
**20s** 28:11
**21st** 1:20
**2400** 3:10
**260-6080** 3:22
**261-6020** 3:16
**271** 3:10
**28th** 40:21
**29** 19:21

———— **3** ————
**3** 8:22 29:16
**30** 3:15
**30(e)** 39:10 41:2
**30075** 1:24
**30308** 3:16
**30309** 3:21
**30326** 4:13
**30363** 3:10
**30s** 28:11
**32** 34:24
**325361** 2:9 8:7
  14:12
**32563** 8:6
**327986** 2:9 8:7
  14:25
**3455** 4:12
**360** 13:14

———— **4** ————
**4** 9:7
**4,972.50** 14:13
**404** 3:11,16,22
**4100** 4:6

———— **5** ————
**5** 2:3 9:15

———— **6** ————
**6** 9:25 19:13
**601** 4:5
**628-6621** 4:7

**645-6111** 1:24
**651-1200** 4:13
**659-5200** 3:5
**678** 4:13
**6810** 3:4

———— **7** ————
**7** 2:7 10:10
**700** 3:15
**70s** 28:12
**713** 3:5
**77** 27:14
**770** 1:24
**77069** 3:5

———— **8** ————
**8** 2:9,10
**80s** 28:12
**872-7000** 3:11

———— **9** ————
**9** 2:12,13
**9-11-30(e)** 41:2
**9251** 40:25
**98101** 4:6